

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DEVORIS NEWSON, | § | No. 08-23-00213-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20110D01149) |

## **MEMORANDUM OPINION**

Appellant Devoris Newson, pro se, is attempting to appeal a pretrial bond order issued on July 12, 2023. This appeal is before the Court on its own motion to determine whether it should be dismissed.

Generally, courts of appeals have jurisdiction to consider an appeal of a final judgment of conviction when such appeal is brought by a criminal defendant. In contrast, we do not have jurisdiction to review interlocutory orders unless that jurisdiction has been granted by law. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) (citing *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991)). Specifically, we do not have jurisdiction to hear an interlocutory appeal regarding excessive bail or the denial of a motion for pretrial bond reduction. *Id.*

On August 4, 2023, the clerk of this Court notified appellant by letter of the Court's intent to dismiss this appeal for want of jurisdiction because there did not appear to be an appealable order on which to base our jurisdiction. The clerk informed appellant that, after ten days of the date of the letter, the appeal would be dismissed without further notice unless appellant could show grounds for continuing the appeal. Appellant has not filed a responsive answer to our request following the expiration of more than ten days. We dismiss appellant's appeal for want of jurisdiction.

GINA M. PALAFOX, Justice

August 22, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.